# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

148057 & (52)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DERRIUS DERELL LAMBERT, a/k/a
DARRIUS DERELL LAMBERT,
    Defendant-Appellant.

SC: 148057
COA: 311054
Wayne CC: 11-011952-FC

_____/

On order of the Court, the application for leave to appeal the October 22, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for a new trial or hearing under *People v Ginther* is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



                    Clerk

h0324